FILED

2013 OCT 10  AM 11: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S)

v.

Daniel Dillon
DEFENDANT(S).

CASE NUMBER

5:13 M  1086

13-2741M

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _____
in the _Northern_____ District of _Ohio_____ on _9-27-2013_____
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _7/2013 – 8/2013_
in violation of Title _18_____ U.S.C., Section(s) _875(c)_____
to wit: _Transmit in Interstate Commerce a Communication Containing a Threat to_
_Injure the Person of Another_
A warrant for defendant's arrest was issued by: _Kathleen Burke, US Magistrate Judge_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____ _10|10|13_____, by
_____, Deputy Clerk.

SEAL

_____
Signature of Agent

_FBI_
Agency

_SA Sean Sterle_
Print Name of Agent

_Special Agent_
Title